# EX PARTE GUILLERMO STEIDEL CADIZ.

TAKING OATH OF ALLEGIANCE UNDER § 5, ACT OF CONGRESS OF MARCH 2, 1917.

Naturalization—Jones Act, § 5.

> The Jones Act of March 2, 1917, supplies a shorthand way of naturalizing native children of alien parents. Ability to speak English is not one of the requisites under this law; but the court charges applicants that it will be to their advantage to learn English.

Opinion filed July 11, 1917.

HAMILTON, Judge, delivered the following opinion:

The applicant has shown his right to take the oath of allegiance under § 5 of the Act of Congress of March 2, 1917, the new Organic Act for Porto Rico, generally spoken of as the Jones Act. This supplies a shorthand way of naturalizing the children of alien parents, where these children are

NOTE.—For a review of authorities discussing the question as to test of intelligence to be applied in naturalization proceedings, see note in 22 L.R.A.(N.S.) 1041.

born and have their permanent residence in Porto Rico. The ordinary laws of naturalization require that the applicant should speak English, but I have construed the Jones Act as dispensing with this requirement, inasmuch as it is a part of a law which naturalizes over a million native Porto Ricans without requiring them to speak English. Such applications, however, require the special action of this court, and to my mind is in general analogous to the naturalization law. I think, therefore, I should make a suggestion to the applicant as follows:

You are becoming a citizen of what we believe to be the greatest nation in the world, and certainly one of the largest. It is made up of about a hundred million citizens, practically all of whom speak English and few of whom speak anything else. You can see, therefore, that it will be to your advantage, and that you will learn the privileges and enjoy the benefits of American citizenship much more fully, if, in addition to the noble Spanish language which you speak, you can also add a knowledge of English, which may be said to be our national language. Do not understand me as saying you should abandon Spanish. Indeed, if a choice had to be made, I should say, for people living in Porto Rico, Spanish was to be preferred to English; but my suggestion is that, if possible, you add English to the Spanish which you already know.

You have now taken the oath of allegiance under the law; and it is my duty, and it is also my pleasure, to declare that from this moment you are an American citizen. There is no special form to this procedure, but I will be glad in closing to shake hands with you as my fellow citizen.